

## NUMBER 13-15-00182-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CELIA SEXTON TATE AND
1826 SPID BUSINESS CENTER, LLC,                               Appellants,

v.

CARTER L. TATE AND
C. C. AMBASSADOR ROW, LLC,                                    Appellees.

### On appeal from the 117th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellants, Celia Sexton Tate and 1826 SPID Business Center, LLC, perfected an

appeal from a judgment entered by the 117th District Court of Nueces County, Texas, in

cause number 2014-DCV-0878-B.  Appellants have now filed an unopposed motion to

dismiss the appeal on grounds that the parties have reached an agreement to settle and compromise their differences.   Appellants requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of July, 2015.